UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GEORGE PEARSON, JR.,**

    Petitioner,

v.                                                                    Case No.  8:06-cv-1153-T-30MSS

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

## ORDER

    THIS CAUSE comes before the Court upon Petitioner's Motion for Leave of the Court to Adopt, and Incorporate by Reference the Claims of Selective Enforcement and Prosecution (Dkt. #4), which the Court is treating as a Motion to Amend the Motion to Vacate, Set Aside or Correct Sentence (Dkt. #1).  The Court notes that Petitioner is requesting this Court's permission to add a claim relating to actions taken by the City of Clearwater "based on the manner in which the Clearwater Police Department has enforced the Federal Weed and Seed Program against blacks in the City of Clearwater."  Petitioner was arrested in Tampa, Florida.  The Court determines that these claims are unrelated.

    It is therefore ORDERED AND ADJUDGED that Petitioner's Motion for Leave of the Court to Adopt, and Incorporate by Reference the Claims of Selective Enforcement and Prosecution (Dkt. #4) is DENIED as futile.

    **DONE** and **ORDERED** in Tampa, Florida on July 21, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2006\06-cv-1153.motion for leave.wpd